IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
AIKEN DIVISION

| | | |
|---|---|---|
| William Gorton, | ) | C/A No. 1:11-1744-CMC-SVH |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| vs. | ) | **O R D E R** |
| | ) | |
| J. Al Cannon, Jr., Sheriff, | ) | |
| | ) | |
| Respondent. | ) | |
| | ) | |

Petitioner filed the instant action on July 20, 2011.  ECF No. 1.  By Order filed August 24, 2011, United States Magistrate Judge Shiva V. Hodges gave Petitioner an opportunity to provide the necessary information and paperwork to bring the case into proper form for evaluation and possible service on Respondent. ECF No. 9.  However, Petitioner did not receive the Order because it was returned to the court as undeliverable mail, stamped "ATTEMPTED NOT KNOWN."  ECF No. 11. Petitioner has not provided the court with a current address where he may receive mail from the court, or contacted the court since filing the petition on July 20, 2011.  Therefore, Petitioner has failed to prosecute this case.  This case is **dismissed** *without prejudice* pursuant to Rule 41 of the Federal Rules of Civil Procedure. *See* Rule 11 of the Rules Governing Section 2254 Cases in the United States District Courts ("Federal Rules of Civil Procedure, to the extent that they are not inconsistent with any statutory provisions or these rules, may be applied to a proceeding under these rules.")

**IT IS SO ORDERED**.

s/ Cameron McGowan Currie
CAMERON McGOWAN CURRIE
UNITED STATES DISTRICT JUDGE

Columbia, South Carolina
September 13, 2011